# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOAN BAYE, *on behalf of herself and all others similarly situated* | CIVIL ACTION |
| VERSUS | NUMBER: 17-4789 |
| MIDLAND CREDIT MANAGEMENT INC. AND MIDLAND FUNDING, LLC | SECTION: "F"2 |

# J U D G M E N T

In accordance with the Court's Order and Reasons granting defendants' motion to dismiss, record document no. 25; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants Midland Credit Management Inc. and Midland Funding, LLC and against plaintiff Joan Baye, DISMISSING plaintiff's complaint with prejudice.

New Orleans, Louisiana, this   11th   day of August 2017.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE